# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Marwah Nasr v. AIM Speciality Health, Inc.

Case Number: 1:20-cv-01469

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff Marwah Nasr

Attorney name (type or print): Michael T. Sanderson

Firm: Blaise & Nitschke, P.C.

Street address: 145 South Wells Street, Suite 1800

City/State/Zip: Chicago, Illinois 60606

Bar ID Number: 6327542
(See item 3 in instructions)

Telephone Number: (312) 448-6602

Email Address: msanderson@blaisenitschkelaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ☐ | ✔ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 7, 2022

Attorney signature: S/ Michael T. Sanderson
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015